Certificate Number: 17572-CAC-DE-037809460

Bankruptcy Case Number: 23-11931



17572-CAC-DE-037809460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 7:31 o'clock PM PDT, Citlali Penaloza completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 29, 2023

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor