| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Citlali Penaloza | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/18/2023      Citlali Penaloza          /s/ Citlali Penaloza
                      Printed name of Debtor 1   Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____         _____         _____
                      Printed name of Debtor 2   Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                   F 1002-1.EMP.INCOME.DEC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| YXB | 000267 | 000063 | 0000360049 | 1 | |

# Earnings Statement
ADP

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Period Beginning: 08/20/2023
Period Ending: 09/02/2023
Pay Date: 09/08/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CITLALI PENALOZA
1430 S RAITT ST APT 3
1430 S RAITT ST APT 3
SANTA ANA CA 92704

Social Security Number: XXX-XX-0015

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 78.47 | 1,569.40 | 22,462.66 |
| Overtime | 30.0000 | 5.23 | 156.90 | 2,949.84 |
| Meal Premium | 20.0000 | 7.00 | 140.00 | 1,096.00 |
| Sick | 20.0000 | 2.27 | 45.40 | |
| Vacation | 20.0000 | 5.73 | 114.60 | 594.60 |
| Double Time | | | | 52.80 |
| Hldy Obsv Ot | | | | 24.74 |
| Holiday | | | | 592.00 |
| Holiday Obsrvd | | | | 429.00 |
| **Gross Pay** | | | **$2,026.30** | 28,998.04 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | 2.62 | |
| Vacation Bal | 11.25 | |
| Totl Hrs Worked | 83.70 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (949) 744-5200

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -170.76 | 2,176.70 |
| | Social Security Tax | -125.63 | 1,797.88 |
| | Medicare Tax | -29.38 | 420.47 |
| | CA State Income Tax | -64.03 | 742.44 |
| | CA SDI Tax | -18.23 | 260.98 |
| | **Net Pay** | **$1,618.27** | |
| | Checking 1 | -1,618.27 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

Your federal taxable wages this period are
$2,026.30

© 2000 ADP, Inc.

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Advice number: 00000360049
Pay date: 09/08/2023

Deposited to the account of
**CITLALI PENALOZA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6424 | xxxx xxxx | $1,618.27 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YXB | 000267 | 000063 | XN50K | | | | | | |

# Earnings Statement

**ADP**

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Period Beginning: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number: XXX-XX-0015

CITLALI PENALOZA
1430 S RAITT ST APT 3
1430 S RAITT ST APT 3
SANTA ANA CA 92704

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 61.53 | 1,230.60 | 23,693.26 |
| Holiday | 20.0000 | 8.00 | 160.00 | 752.00 |
| Meal Premium | 20.0000 | 8.00 | 160.00 | 1,256.00 |
| Overtime | | | | 2,949.84 |
| Double Time | | | | 52.80 |
| Hldy Obsv Ot | | | | 24.74 |
| Holiday Obsrvd | | | | 429.00 |
| Vacation | | | | 594.60 |
| **Gross Pay** | | | **$1,550.60** | 30,548.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | 4.67 | |
| Vacation Bal | 13.64 | |
| Totl Hrs Worked | 61.53 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (949) 744-5200

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -113.68 | 2,290.38 |
| | Social Security Tax | -96.14 | 1,894.02 |
| | Medicare Tax | -22.49 | 442.96 |
| | CA State Income Tax | -34.89 | 777.33 |
| | CA SDI Tax | -13.96 | 274.94 |
| | **Net Pay** | **$1,269.44** | |
| | Checking 1 | -1,269.44 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

Your federal taxable wages this period are $1,550.60

© 2000 ADP, Inc.

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Advice number: 00000380047
Pay date: 09/22/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CITLALI PENALOZA | xxxxxxxx6424 | xxxx xxxx | $1,269.44 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| YXB | 000267 | 000063 | | 0000340050 | 1 |

**Earnings Statement** — ADP

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Period Beginning: 08/06/2023
Period Ending: 08/19/2023
Pay Date: 08/25/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CITLALI PENALOZA
1430 S RAITT ST APT 3
1430 S RAITT ST APT 3
SANTA ANA CA 92704

Social Security Number: XXX-XX-0015

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 68.20 | 1,364.00 | 20,893.26 |
| Overtime | 30.0000 | 3.10 | 93.00 | 2,792.94 |
| Meal Premium | 20.0000 | 3.00 | 60.00 | 956.00 |
| Sick | 20.0000 | 5.63 | 112.60 | |
| Vacation | 20.0000 | 24.00 | 480.00 | 480.00 |
| Double Time | | | | 52.80 |
| Hldy Obsv Ot | | | | 24.74 |
| Holiday | | | | 592.00 |
| Holiday Obsrvd | | | | 429.00 |
| **Gross Pay** | | | **$2,109.60** | 26,971.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -180.76 | 2,005.94 |
| | Social Security Tax | -130.80 | 1,672.25 |
| | Medicare Tax | -30.59 | 391.09 |
| | CA State Income Tax | -69.53 | 678.41 |
| | CA SDI Tax | -18.99 | 242.75 |
| **Net Pay** | | **$1,678.93** | |
| | Checking 1 | -1,678.93 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | 2.27 | |
| Vacation Bal | 13.93 | |
| Totl Hrs Worked | 71.30 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (949) 744-5200

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

Your federal taxable wages this period are $2,109.60

© 2000 ADP, Inc.

---

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Advice number: 00000340050
Pay date: 08/25/2023

Deposited to the account of
CITLALI PENALOZA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6424 | xxxx xxxx | $1,678.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Period Beginning: 07/23/2023
Period Ending: 08/05/2023
Pay Date: 08/11/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CITLALI PENALOZA
1430 S RAITT ST APT 3
1430 S RAITT ST APT 3
SANTA ANA CA 92704

Social Security Number: XXX-XX-0015

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 43.52 | 870.40 | 19,529.26 |
| Meal Premium | 20.0000 | 5.00 | 100.00 | 896.00 |
| Overtime | | | | 2,699.94 |
| Double Time | | | | 52.80 |
| Hldy Obsv Ot | | | | 24.74 |
| Holiday | | | | 592.00 |
| Holiday Obsrvd | | | | 429.00 |
| **Gross Pay** | | | **$970.40** | 24,862.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.06 | 1,825.18 |
| | Social Security Tax | -60.16 | 1,541.45 |
| | Medicare Tax | -14.07 | 360.50 |
| | CA State Income Tax | -12.68 | 608.88 |
| | CA SDI Tax | -8.73 | 223.76 |
| **Net Pay** | | | **$830.70** |
| | Checking 1 | | -830.70 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | 5.64 | |
| Vacation Bal | 35.27 | |
| Totl Hrs Worked | 43.52 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (949) 744-5200

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 0

Your federal taxable wages this period are $970.40

© 2000 ADP, Inc.

---

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

Advice number: 00000320046
Pay date: 08/11/2023

Deposited to the account of
CITLALI PENALOZA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6424 | xxxx xxxx | $830.70 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

# Earnings Statement

**OAKMONT MANAGEMENT GROUP LLC**
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

| | |
|---|---|
| Period Beginning: | 07/09/2023 |
| Period Ending: | 07/22/2023 |
| Pay Date: | 07/28/2023 |

CITLALI PENALOZA
1430 S RAITT ST APT 3
1430 S RAITT ST APT 3
SANTA ANA CA 92704

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

Social Security Number: XXX-XX-0015

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 53.88 | 1,077.60 | 18,658.86 |
| Overtime | 30.0000 | 2.37 | 71.10 | 2,699.94 |
| Meal Premium | 20.0000 | 2.00 | 40.00 | 796.00 |
| Double Time | | | | 52.80 |
| Hldy Obsv Ot | | | | 24.74 |
| Holiday | | | | 592.00 |
| Holiday Obsrvd | | | | 429.00 |
| **Gross Pay** | | | **$1,188.70** | 23,891.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.25 | 1,781.12 |
| | Social Security Tax | -73.70 | 1,481.29 |
| | Medicare Tax | -17.24 | 346.43 |
| | CA State Income Tax | -18.96 | 596.20 |
| | CA SDI Tax | -10.70 | 215.03 |
| **Net Pay** | | | **$997.85** |
| | Checking 1 | | -997.85 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | 4.19 | |
| Vacation Bal | 33.58 | |
| Totl Hrs Worked | 56.25 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (949) 744-5200

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:    Single
Exemptions/Allowances:
  CA:    0

Your federal taxable wages this period are $1,188.70

© 2000 ADP, Inc.

---

OAKMONT MANAGEMENT GROUP LLC
3 PARK PLAZA, SUITE 1920
IRVINE, CA 92614

| | |
|---|---|
| Advice number: | 00000300045 |
| Pay date:  | 07/28/2023 |

Deposited to the account of
CITLALI PENALOZA



| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6424 | xxxx xxxx | $997.85 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE