THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone:    (949) 766-8787
Facsimile:    (949) 766-9896

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 23-11931-TA |
|---|---|
| CITLALI PENALOZA | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor. | |

COUNSEL: BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/08/2023 at 9:00 AM, for the reason set forth below. Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, §341 Meeting of Creditors will be conducted telephonically. Conference Line: 1-866-915-2046, Participant Code: 5508970#. Please contact the Trustee for further instructions.

You failed to appear telephonically at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear telephonically, a motion to dismiss your case may be filed by the trustee.

Citlali Penaloza
1430 S Raitt St Apt 3
Santa Ana, CA 92704-3638

Benjamin Heston
100 Bayview Circle #100
Newport Beach, CA 92660

Dated:    October 31, 2023

/s/ THOMAS H. CASEY
THOMAS H. CASEY, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on October 31, 2023.

/s/ MARISSA SILVA
MARISSA SILVA